12-05889 / 11-12581
Global Card Svcs. Inc.

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 5 | Allowed | Global Card Services, Inc. (11-12581) | $1,114.17 | Goods Sold | 9/6/2011 | Unsecured | Shane's Office Products 2717 Curtiss Street, Downers Grove, IL 60515 |
| 20 | Allowed | Global Card Services, Inc. (11-12581) | $3,026.26 | Goods Sold | 9/15/2011 | Unsecured | McMaster-Carr Supply Company PO Box 5370, Princeton, NJ 08453 |
| 29 | Disallowed | Global Card Services, Inc. (11-12581) | $3,000.00 | Taxes | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 29 | Disallowed | Global Card Services, Inc. (11-12581) | $3,000.00 | Taxes | 9/15/2011 | Unsecured Priority | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 43 | Allowed | Global Card Services, Inc. (11-12581) | $381.76 | Goods Sold | 9/19/2011 | Unsecured | Motion Industries P.O. Box 1477, Birmingham, AL 35201 |
| 52 | Allowed | Global Card Services, Inc. (11-12581) | $3,802.10 | Goods Sold | 9/24/2011 | Unsecured | CDW Computing Solutions COMPUTING SOLUTIONS, 200 N. MILWAUKEE AVE, VERNON HILLS, IL 60061 |
| 54 | Disallowed | Global Card Services, Inc. (11-12581) | $88,821.28 | Goods Sold | 9/24/2011 | Unsecured | Protec, Product Technology Corporation P.O. Box 795, Rumson, NJ 07760 |
| 56 | Allowed | Global Card Services, Inc. (11-12581) | $88,821.28 | Goods Sold | 9/28/2011 | Unsecured | Protec, Product Technology Corporation P.O. Box 795, Rumson, NJ 07760 |
| 56 | Allowed | Global Card Services, Inc. (11-12581) | $88,821.28 | Goods Sold | 9/28/2011 | Unsecured Priority | Protec, Product Technology Corporation P.O. Box 795, Rumson, NJ 07760 |
| 59 | Allowed | Global Card Services, Inc. (11-12581) | $46,030.07 | Goods sold | 9/30/2011 | Unsecured | Pitney Bowes Incorporated 4901 Belfort Road, Suite 120, Jacksonville, FL 32256 |
| 78 | Disallowed | Global Card Services, Inc. (11-12581) | $17,033.14 | Unemployment taxes | 10/14/2011 | Unsecured | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 78 | Disallowed | Global Card Services, Inc. (11-12581) | $17,033.14 | Unemployment taxes | 10/14/2011 | Unsecured Priority | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 108 | Allowed | Global Card Services, Inc. (11-12581) | $290.00 | Goods sold and delivered | 10/31/2011 | Unsecured | Sonar Credit Partners II, LLC (Michael Goldberg) 200 Business Park Drive, Suite 201, Armonk, NY 10504 |
| 111 | Allowed | Global Card Services, Inc. (11-12581) | $2,084.46 | Good sold | 11/5/2011 | Unsecured | Service Forms & Graphics 100 Tower Dr. Suite 236, Burr Ridge, IL 60527 |
| 113 | Allowed | Global Card Services, Inc. (11-12581) | $20,973.69 | Goods sold | 11/12/2011 | Unsecured | CAXTON MARK, INC. 5 IROQUOIS RD., LEAMINGTON, ONTARIO N8H-3V7 Canada |
| 119 | Allowed | Global Card Services, Inc. (11-12581) | $2,209.85 | Goods sold | 11/12/2011 | Unsecured | Insight Direct USA, Inc. c/o Michael L. Walker, 6820 S. Harl Ave., Tempe, AZ 85283 |
| 120 | Allowed | Global Card Services, Inc. (11-12581) | 0 | Unemployment taxes | 11/14/2011 | Unsecured | Illinois Department of Employment Security 33 S. State Street, Chicago, IL 60603 |
| 120 | Allowed | Global Card Services, Inc. (11-12581) | 0 | Unemployment taxes | 11/14/2011 | Unsecured | Illinois Department of Employment Security 33 S. State Street, Chicago, IL 60603 |
| 120 | Allowed | Global Card Services, Inc. (11-12581) | 0 | Unemployment taxes | 11/14/2011 | Secured | Illinois Department of Employment Security 33 S. State Street, Chicago, IL 60603 |
| 120 | Allowed | Global Card Services, Inc. (11-12581) | 0 | Unemployment taxes | 11/14/2011 | Unsecured Priority | Illinois Department of Employment Security 33 S. State Street, Chicago, IL 60603 |
| 123 | Disallowed | Global Card Services, Inc. (11-12581) | $8,043.16 | Goods sold | 11/14/2011 | Unsecured | AMERICAN LITHO, INC. c/o Kevin R. Krantz, Esq., 55 W. Monroe Street, Ste. 1200, Chicago, IL 60603 |
| 124 | Allowed | Global Card Services, Inc. (11-12581) | $5,785.00 | Goods sold | 11/14/2011 | Unsecured | AMERICAN LITHO, INC. c/o Kevin R. Krantz, Esq., 55 W. Monroe Street, Ste. 1200, Chicago, IL 60603 |
| 125 | Allowed | Global Card Services, Inc. (11-12581) | $11,944.78 | Goods sold | 11/14/2011 | Unsecured | AMERICAN LITHO, INC. c/o Kevin R. Krantz, Esq., 55 W. Monroe Street, Ste. 1200, Chicago, IL 60603 |
| 125 | Allowed | Global Card Services, Inc. (11-12581) | $4,214.88 | Goods sold | 11/14/2011 | Unsecured Priority | Fair Harbor Capital, LLC PO Box 237037, New York, NY 10023 |
| 152 | Allowed | Global Card Services, Inc. (11-12581) | Not less than $104,362.36 | Violations of citations to discover assets. See appendix. | 12/13/2011 | Unsecured | Bank of America NA (John Schuessler, Thomas J. Flanagan) 135 S. LaSalle St., Ste. 1140, Chicago, IL 60603-4177 |
| 172 | Allowed | Global Card Services, Inc. (11-12581) | $2,764.08 | Goods sold | 1/16/2012 | Unsecured | Runge Paper Company 2201 Arthur Avenue, Elk Grove Village, IL 60007 |
| 175 | Allowed | Global Card Services, Inc. (11-12581) | $760.00 | Services - crane and crew | 1/17/2012 | Unsecured | GATWOOD CRANE SERVICE,INC. 2345 E HAMILTON ROAD, ARLINGTON HEIGHTS, IL 60005 |
| 185 | Allowed | Global Card Services, Inc. (11-12581) | $331.69 | Goods sold | 1/18/2012 | Unsecured | AMERICAN FIRST AID SERVICES 784 CHURCH RD., Elgin, IL 60123 |
| 188 | Disallowed | Global Card Services, Inc. (11-12581) | $719.33 | Goods sold | 1/19/2012 | Unsecured | Quincy Specialties Co. P.O. Box 307, Quincy, IL 62306 |
| 189 | Disallowed | Global Card Services, Inc. (11-12581) | $391.32 | Sales/service door hardware | 1/18/2012 | Unsecured | Suburban Door Check & Lock 415 W. Ogden Ave., Westmont, IL 60559 |
| 194 | Allowed | Global Card Services, Inc. (11-12581) | $719.33 | Goods Sold | 1/19/2012 | Unsecured | Quincy Specialties Co. P.O. Box 307, Quincy, IL 62306 |
| 196 | Allowed | Global Card Services, Inc. (11-12581) | $391.32 | Sales/Services door hardware | 1/19/2012 | Unsecured | Suburban Door Check & Lock 415 W. Ogden Ave., Westmont, IL 60559 |
| 208 | Allowed | Global Card Services, Inc. (11-12581) | $12,500.00 | Goods Sold | 1/19/2012 | Unsecured | Coast To Coast Computers 4277 Valley Fair St., Simi Valley, CA 93063 |
| 213 | Allowed | Global Card Services, Inc. (11-12581) | $3,244.85 | Goods Sold | 1/19/2012 | Unsecured | Tannor Partners Credit Fund, L.P. (Robert J. Tannor) 150 Grant Street, Suite 401, White Plains, NY 10601 |
| 213 | Allowed | Global Card Services, Inc. (11-12581) | $3,244.85 | Goods Sold | 1/19/2012 | Unsecured | M & R Graphics 2401 Bond St., University Park, IL 60484 |
| 226 | Disallowed | Global Card Services, Inc. (11-12581) | $58,482.33 | Goods Sold | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 226 | Disallowed | Global Card Services, Inc. (11-12581) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 226 | Disallowed | Global Card Services, Inc. (11-12581) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 256 | Disallowed | Global Card Services, Inc. (11-12581) | $178.50 | Services Performed | 1/31/2012 | Unsecured | HAZCHEM ENVIRONMENTAL CORP. 1115 NATIONAL, Addison, IL 60101 |
| 257 | Allowed | Global Card Services, Inc. (11-12581) | $21,855.31 | Product and services provided | 2/2/2012 | Unsecured | CASE PACKAGING, LLC c/o Timothy Buckley, Esq., Howard & Howard, 200 S. Michigan Ave. #1100, Chicago, IL 60604 |
| 267 | Allowed | Global Card Services, Inc. (11-12581) | $1,238.33 | Goods sold | 2/4/2012 | Unsecured | Chapter Capital Management, LLC 200 Business Park Drive, Suite 306, Armonk, NY 10504 |
| 267 | Allowed | Global Card Services, Inc. (11-12581) | $1,238.33 | Goods sold | 2/4/2012 | Unsecured | VILLA PARK ELECTRICAL SUPPLY CO.INC 420 W.NORTH AVENUE, Addison, IL 60101 |
| 269 | Allowed | Global Card Services, Inc. (11-12581) | $936.31 | Services performed | 2/12/2012 | Unsecured | Call One Inc. 123 N. Wacker Dr., Fl. 7, Chicago, IL 60606-1796 |
| 269 | Allowed | Global Card Services, Inc. (11-12581) | $936.31 | Services performed | 2/12/2012 | Unsecured Priority | Call One Inc. 123 N. Wacker Dr., Fl. 7, Chicago, IL 60606-1796 |
| 287 | Allowed | Global Card Services, Inc. (11-12581) | $3,193.88 | custom made envelopes | 2/13/2012 | Unsecured | VICTOR ENVELOPE COMPANY 301 ARTHUR COURT, Bensenville, IL 60106 |
| 313 | Allowed | Global Card Services, Inc. (11-12581) | $1,472.71 | goods sold | 2/21/2012 | Unsecured | CROWN ROLL LEAF,INC 91 ILLINOIS AVENUE, PATERSON, NJ 07503 |
| 325 | Allowed | Global Card Services, Inc. (11-12581) | $321.29 | parts, repair of equipment | 2/28/2012 | Unsecured | Allison's Hydraulic Service Inc 1352 Enterprise Dr., Romeoville, IL 60446 |
| 340 | Disallowed | Global Card Services, Inc. (12-05889) | Not less than $1,533,333.00 | Loans Due and Payable Under Loan Documents | 3/6/2012 | Unsecured | c/o Faye B. Feinstein Esq. Quarles & Brady LLP (Burr Ridge Bank) 300 N. LaSalle St., Ste. 4000, Chicago, IL 60654-3422 |

12-05889 / 11-12581
Global Card Svcs. Inc.

**Final Claims Register**

Numerical Order

| Claim | Status | Creditor | Amount | Basis | Date | Class | Address |
|---|---|---|---|---|---|---|---|
| 340 | Disallowed | Global Card Services, Inc. (12-05889) | At least $1,533,33.00 | Loans Due and Payable Under Loan Documents | 3/6/2012 | Secured | c/o Faye B. Feinstein Esq. Quarles & Brady LLP (Burr Ridge Bank) 300 N. LaSalle St., Ste. 4000, Chicago, IL 60654-3422 |
| 350 | Disallowed | Global Card Services, Inc. (12-05889) | $37,036.01 | Lease Agreement | 3/8/2012 | Unsecured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market Street, suite 1500, Wilmington, Delaware 19801 |
| 354 | Withdrawn | Global Card Services, Inc. (12-05889) | $39,087.74 | Secured promissory note | 3/8/2012 | Unsecured | Heartland Bank and Trust Company c/o The Collins Law Firm, P.C.- M. Collins, 1770 Park Street, Suite 200, Naperville, IL 60563 |
| 354 | Withdrawn | Global Card Services, Inc. (12-05889) | $40,447.01 | Secured promissory note | 3/8/2012 | Secured | Heartland Bank and Trust Company c/o The Collins Law Firm, P.C.- M. Collins, 1770 Park Street, Suite 200, Naperville, IL 60563 |
| 355 | Withdrawn | Global Card Services, Inc. (12-05889) | $47,092.32 | Secured promissory note | 3/8/2012 | Unsecured | Heartland Bank and Trust Company c/o The Collins Law Firm, P.C.- M. Collins, 1770 Park Street, Suite 200, Naperville, IL 60563 |
| 355 | Withdrawn | Global Card Services, Inc. (12-05889) | $48,891.42 | Secured promissory note | 3/8/2012 | Secured | Heartland Bank and Trust Company c/o The Collins Law Firm, P.C.- M. Collins, 1770 Park Street, Suite 200, Naperville, IL 60563 |
| 373 | Allowed | Global Card Services, Inc. (11-12581) | $25,097.13 | Services | 3/8/2012 | Unsecured | FedEx Tech Connect, Inc. 3965 Airways Blvd. Module G. 3rd Floor, Memphis, TN 38116 |
| 380 | Pending | Global Card Services, Inc. (12-05889) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 400 | Disallowed | Global Card Services, Inc. (12-05889) | $ See Attached | Equipment Lease | 3/9/2012 | Unsecured | Wells Fargo Equipment Finance c/o Jeffrey A. Chadwick, McGuireWoods LLP, 77 West Wacker Drive, Suite 4100, Chicago, IL 60601 |
| 404 | Allowed | Global Card Services, Inc. (11-12581) | $276.50 | Services performed | 3/9/2012 | Unsecured | Advocate Occupational Health P.O. Box 70003, Chicago, IL 60673-0003 |
| 424 | Pending | Global Card Services, Inc. (12-05889) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 424 | Pending | Global Card Services, Inc. (12-05889) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 440 | Withdrawn | Global Card Services, Inc. (12-05889) | $6,602.00 | Accounting/Consulting | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 455 | Pending | Global Card Services, Inc. (12-05889) | $1,650,000.00* | Money loaned | 3/10/2012 | Unsecured | Jaganath A. Naidu, Vasudevaki Naidu 17628 Bryan Pl., Granada Hills, CA 91344-1940 |
| 469 | Disallowed | Global Card Services, Inc. (11-12581) | $139,063.69 | See attached | 3/9/2012 | Unsecured | DataCard Corporation c/o Shannon E. Gherty Anderson, Briggs & Morgan PA, 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402 |
| 481 | Pending | Global Card Services, Inc. (12-05889) | $12,421.15 | Vacation and sick pay | 2/28/2013 | Unsecured | DiMonte & Lizak LLC (Abraham Elliott Brustein Esq., Pethinaidu Veluchamy) 216 W. Higgins Rd., Park Ridge, IL 60068-5706 US |
| 481 | Pending | Global Card Services, Inc. (12-05889) | $2,000.00 | Vacation and sick pay | 2/28/2013 | Unsecured Priority | DiMonte & Lizak LLC (Abraham Elliott Brustein Esq., Pethinaidu Veluchamy) 216 W. Higgins Rd., Park Ridge, IL 60068-5706 US |
| 484 | Pending | Global Card Services, Inc. (12-05889) | $22,886.96 | Vacation and sick pay | 2/28/2013 | Unsecured | Parameswari Veluchamy Abraham Brustein Esq., Diamonte & Lizak LLC, 216 W. Higgins Rd., Park Ridge, IL 60068 |
| 484 | Pending | Global Card Services, Inc. (12-05889) | $2,000.00 | Vacation and sick pay | 2/28/2013 | Unsecured Priority | Parameswari Veluchamy Abraham Brustein Esq., Diamonte & Lizak LLC, 216 W. Higgins Rd., Park Ridge, IL 60068 |
| 498 | Withdrawn | Global Card Services, Inc. (12-05889) | Unknown | Taxes | 4/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 498 | Withdrawn | Global Card Services, Inc. (12-05889) | Unknown | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 499 | Withdrawn | Global Card Services, Inc. (12-05889) | 0 | | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 514 | Disallowed | Global Card Services, Inc. (12-05889) | $3,866.58 | Unpaid pre-petition commissions | 5/6/2013 | Unsecured | AKV24 DISC, Inc. c/o Arun Veluchamy, 3001 Oak Brook Hills Road, Oak Brook, IL 60523 |
| 515 | Disallowed | Global Card Services, Inc. (12-05889) | $10,375.00 | Unpaid pre-petition vacation | 5/6/2013 | Unsecured | Arun Kumar Veluchamy 3001 Oak Brook Hills Rd. 31st St., Oak Brook, IL 60523-1633 |
| 523 | Disallowed | Global Card Services, Inc. (12-05889) | $81,163.00 | Unpaid post-petition commissions | 5/20/2013 | Unsecured | AKV24 DISC, Inc. c/o Arun Veluchamy, 3001 Oak Brook Hills Road, Oak Brook, IL 60523 |
| 523 | Disallowed | Global Card Services, Inc. (12-05889) | $81,163.00 | Unpaid post-petition commissions | 5/20/2013 | Unsecured Priority | AKV24 DISC, Inc. c/o Arun Veluchamy, 3001 Oak Brook Hills Road, Oak Brook, IL 60523 |
| 523 | Disallowed | Global Card Services, Inc. (12-05889) | $81,163.00 | Unpaid post-petition commissions | 5/20/2013 | Unsecured Priority | AKV24 DISC, Inc. c/o Arun Veluchamy, 3001 Oak Brook Hills Road, Oak Brook, IL 60523 |
| 525 | Pending | Global Card Services, Inc. (12-05889) | $4,125.00 | Unpaid post-petition vacation | 5/20/2013 | Unsecured | Arun Kumar Veluchamy 3001 Oak Brook Hills Rd. 31st St., Oak Brook, IL 60523-1633 |
| 525 | Pending | Global Card Services, Inc. (12-05889) | $4,125.00 | Unpaid post-petition vacation | 5/20/2013 | Unsecured Priority | Arun Kumar Veluchamy 3001 Oak Brook Hills Rd. 31st St., Oak Brook, IL 60523-1633 |
| 525 | Pending | Global Card Services, Inc. (12-05889) | $4,125.00 | Unpaid post-petition vacation | 5/20/2013 | Unsecured | Arun Kumar Veluchamy 3001 Oak Brook Hills Rd. 31st St., Oak Brook, IL 60523-1633 |
| AC122-1 | Allowed | Global Card Services, Inc. (11-12581) | $1,422.61 | See attached | 12/5/2011 | Unsecured | W.W. Grainger, Inc. (Deutschmann, Cindi) 7300 N. Melvina, MES17821873395, Niles, IL 60714 |
| AC313-1 | Allowed | Global Card Services, Inc. (11-12581) | $865.21 | Goods sold | 2/28/2012 | Unsecured | Fair Harbor Capital, LLC Ansonia Finance Station, PO Box 237037, New York, NY 10023 |
| AC313-1 | Allowed | Global Card Services, Inc. (11-12581) | $607.50 | Goods sold | 2/28/2012 | Unsecured Priority | Fair Harbor Capital, LLC PO Box 237037, New York, NY 10023 |
| AC455-1 | Pending | Global Card Services, Inc. (12-05889) | $50,000.00 | Money Loaned | 5/28/2014 | Unsecured | Brown Udell Pomerantz & Delrahim Ltd. (Andrew A. Jacobson Esq., Jaganath A. Naidu, Vasudevaki Naidu) 1332 N. Halsted St., Ste. 100, Chicago, IL 60642-2637 |